IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DIAMOND RESORT HAWAII CORPORATION, a Hawaii corporation, et al., ) ) ) ) Plaintiffs, ) ) vs. ) ) BAY WEST KAILUA BAY, LLC, a Virginia limited liability company, ) ) ) Defendant. ) _____ ) | CIVIL 10-00117-DAE-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 25, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS BE GRANTED IN PART AND DENIED

IN PART," docket entry no. 93, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, November 14, 2011.



_____
David Alan Ezra
United States District Judge

Diamond Resort Hawaii Corporation vs. Bay West Kailua Bay, LLC, Civil No. 10-00117 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION